Francisco Medina 357123
Name and Prisoner/Booking Number

Eyman Complex Rynning unit 7-B-121
Place of Confinement

PO Box 4000
Mailing Address

Florence Az, 85132
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ☒   ___ LODGED
___ RECEIVED   ___ COPY

NOV 1 7 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Francisco Medina                ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Arizona Dept of corrections ,
(Full Name of Defendant)

(2) Medical Dept ,

(3) _____ ,

(4) _____ ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. __| **CV23-02411-PHX-GMS--MTM**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.   JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Eyman Complex SMU I/Florence .

Revised 12/1/20                    1                    **550/555**

**B.  DEFENDANTS**

1.  Name of first Defendant: _Arizona Dept of Corrections_.  The first Defendant is employed
as: _____ at _____.
　　　　　(Position and Title)　　　　　　　　　(Institution)

2.  Name of second Defendant: _Medical Dept_.  The second Defendant is employed as:
as: _____ at _____.
　　　　　(Position and Title)　　　　　　　　　(Institution)

3.  Name of third Defendant: _____.  The third Defendant is employed
as: _____ at _____.
　　　　　(Position and Title)　　　　　　　　　(Institution)

4.  Name of fourth Defendant: _____.  The fourth Defendant is employed
as: _____ at _____.
　　　　　(Position and Title)　　　　　　　　　(Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

**C.  PREVIOUS LAWSUITS**

1.  Have you filed any other lawsuits while you were a prisoner?　　☐ Yes　　☒ No

2.  If yes, how many lawsuits have you filed? _____.  Describe the previous lawsuits:

　　a.  First prior lawsuit:
　　　　1.  Parties: _____ v. _____
　　　　2.  Court and case number: _____.
　　　　3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
　　　　_____.

　　b.  Second prior lawsuit:
　　　　1.  Parties: _____ v. _____
　　　　2.  Court and case number: _____.
　　　　3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
　　　　_____.

　　c.  Third prior lawsuit:
　　　　1.  Parties: _____ v. _____
　　　　2.  Court and case number: _____.
　　　　3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
　　　　_____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Threat and personal harm while in ADCRR custody.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   while in ADCRR Custody at SMUI i was taken to visitation in max custody a hands on faclity with another inmate who is in general population and I am on sex offender yard. I was taken by one female officer who did not have hands on either one of us. On the way back the other inmate was trying to open cuffs with a cuff key later found on him the female CO saw this and did nothing. He then proceeded on rushing me and head butting me on my left eye and assaulting me by kicking me repeatedly. The female officer ran away and another CO down the hallway also ran away leaving me being assaulted. It was not till several minutes later the female officer came back after She heard back up coming that she came to pepper spray us. After this occured or 1-15-23. I wrote a greivance to the incident it was three days after that I was retaliated by staff and given a ticket also. The other inmate that assaulted me was given ticket and put in hole the day of incedent. It was not till I greivanced that I was given ticket.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I was assaulted by other inmate in general population status. I was hit in face, head, and body. Injury caused concussion and now chronic migraines from head injury.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count I?    ☒ Yes    ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?    ☒ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT II

1. State the constitutional or other federal civil right that was violated: __Lack of medical Care.__

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   After being assaulted the medical dept cleared me without getting me a head scan as all symptoms I was having pointed to a brain bleed and or a concussion. The symptoms include headache, vision changes, hypotensive with blood pressure at 70/50 and at times lower with heart rate at or above 130 which was tachycardic and out of normal range. The combination of hypotensive and tachycardia was reason enough for provider to send out for a CT but being a Sunday 1-15-23 it was a physician assistant and nurse on duty I was told I was medically cleared and not seen by the doctor until over 2 weeks later. During this time I continued with vision changes and headaches. Later diagnosed by doctor for a concussion and said I would have migraines. The migraines continue currently and need to take Excedrine to help with migraines.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Have a concussion that was not checked with head scan to see if possible brain bleed now suffer from chronic migraines.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

**COUNT III**

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Count III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    ☐ Basic necessities          ☐ Mail                  ☐ Access to the court       ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property              ☐ Exercise of religion      ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what
    **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without
    citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at
        your institution?                                                    ☐ Yes      ☐ No
    b.  Did you submit a request for administrative relief on Count III?       ☐ Yes      ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?  ☐ Yes      ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not.  _____
        _____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

I would like both correctional officers who did not intervene to help in timely manner terminated. I am also seeking monetary compensation for my pain and suffering. And also for putting my life in danger due to their gross negligence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____11/6/23_____
                    DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.